KUMMER, Respondent, v. CHRISTOPHER & TENTH ST. R. CO., Appellant.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Action by Charles Kummer against the Christopher & Tenth Street Railroad Company.
Merrill & Rogers, for appellant.
J. C. Fraser, for respondent.
No opinion.   Motion for reargument denied, with $10 costs.   See 21 N. Y. Supp. 941.

---

LEE et al., Appellants, v. CORN et al., Respondents.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Appeal from city court, general term.
Action by William H. Lee and others against Meyer Corn and others.
J. B. Marshall, for appellants.
Powell Wilcox, for respondents.
No opinion.   Order affirmed, with costs.   See 21 N. Y. Supp. 1073.

---

MERRITT, Respondent, v. GOODRICH, Appellant.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Action by George Merritt against Thomas F. Goodrich.
Merrill & Rogers, for appellant.
Marshall P. Stafford, for respondent.
No opinion.   Motion for leave to appeal to the court of appeals denied, with $10 costs.   See 21 N. Y. Supp. 949.

---

MOROWSKI, Respondent, v. ROHRIG, Appellant.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Appeal from city court, general term.
Action by William M. Morowski against William F. Rohrig.
Simon Sultan, for appellant.
Gumbleton, Flanagan & Hottenroth, for respondent.
No opinion.   Judgment reversed, new trial ordered, costs to appellant to abide the event.   See 21 N. Y. Supp. 1136.

---

PEOPLE v. DEMAREST et al.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Proceeding against William T. Demarest and another on a forfeited recognizance.
Delancy Nicoll, for the People.
Rudd, Hunt & Wilder, for defendants.
No opinion.   Motion to vacate judgment, entered on a forfeited recognizance, granted.

---

PEOPLE v. MASUCCI et al.

(Common Pleas of New York City and County, General Term.   March 8, 1893.)

Proceeding against Alfonso Masucci and others on a forfeited recognizance.
Delancy Nicoll, for the People.
Henry Merzbach, for defendants.
No opinion.   Motion to vacate judgment, entered on a forfeited recognizance, granted.